### George Petry v. Peter Schillo.

1. MALICIOUS PROSECUTION—*Want of Probable Cause.*—The want of probable cause is an element in malicious prosecution, without proof of which the plaintiff can not recover.

Trespass on the Case.—Malicious prosecution. Appeal from the Circuit Court of Cook County; the Hon. ELBRIDGE HANECY, Judge, presiding. Heard in this court at the October term, 1895. Reversed and remanded. Opinion filed December 12, 1895.

ALLAN C. STORY and FRED W. STORY, attorneys for appellant.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellee sued the appellant for a malicious prosecution, but put in no evidence of a want of probable cause, being in that respect like Skala v. Rus, 60 Ill. App. 479, and like that case, so in this, the judgment is reversed and the cause remanded.